UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN YURCO,

                Plaintiff,

v.

LAWSON PRODUCTS INC., MICHAEL G. DECATA, ANDREW B. ALBERT, I. STEVEN EDELSON, LEE S. HILLMAN, J. BRYAN KING, MARK F. MOON, and BIANCA MARTINEZ RHODES,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/15/2022_

22 Civ. 1201 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court intends to consolidate the above-captioned case with *Stein v. Lawson* Products, 22 Civ. 639, and *Hopkins v. Lawson Products*, No. 22 Civ. 724.  By **February 22, 2022**, the parties shall file any opposition to consolidation.  By **February 24, 2022**, any interested attorneys shall file requests to be appointed lead counsel.  Any opposition to such application shall be filed by **March 1, 2022**.

        SO ORDERED.

Dated: February 15, 2022
       New York, New York

                                                  ANALISA TORRES
                                                United States District Judge